FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy      DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALBA TORRES BARRANTES,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No. CV 11-8520-JST (AN)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all other papers in this case along with the Magistrate Judge's Report and Recommendation ("R&R") and Plaintiff's Objections thereto, *de novo*.

IT IS ORDERED that (1) the Objections are overruled and the R&R is approved and adopted; (2) the Commissioner's motion to dismiss the complaint for lack of jurisdiction is granted; and (3) judgment shall be entered in the Commissioner's favor dismissing this action for lack of jurisdiction. IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment by the United States mail on the parties.

DATED: June 1, 2012

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE