FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy  DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALBA TORRES BARRANTES, | Case No. CV 11-8520-JST (AN) |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

For the reasons set forth in the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that this action is dismissed for lack of subject-matter jurisdiction.

DATED: June 1, 2012

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY